# THE LAW OFFICE OF
# ELISA HYMAN, P.C.

July 13, 2022



MEMO ENDORSED

The Honorable Katherine Polk Failla
United States District Court - Southern District of New York
40 Foley Square
New York, NY 10007

      Re:  *R.S. v. New York City Department of Education, et al.,* 22-cv-4958 (KPF)

Dear Judge Failla:

     I represent the Plaintiffs in the above-referenced case and write jointly with counsel for the Defendants to respectfully request adoption of the parties' proposed schedule outlined below, which includes an extension of time for Defendants to answer, and an adjournment of the initial conference currently scheduled for September 8, 2022. ECF No. 9.

     Plaintiff R.S. is the parent of B.T., a young boy with multiple disabilities, requiring special education services so that he could receive a free and appropriate public education ("FAPE") as required by the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1400 *et seq*. In 2017, Plaintiff filed a due process complaint under the IDEA concerning B.T.'s special education. Ultimately, R.S. prevailed in the IDEA administrative hearing. Under the IDEA, Plaintiff, as the prevailing party in the administrative case, is entitled to have Defendants pay her reasonable attorney's fees. 20 U.S.C. § 1415(i)(3). The federal complaint seeks an award of these attorney's fees and costs, as well as the fees and costs incurred in this action. Defendants do not dispute that Plaintiff is the prevailing party entitled to reasonable attorney's fees.

     Defendants' answer is due today, July 13, 2022. However, earlier this week, counsel for Defendants contacted the undersigned requesting an extension of time to answer. At that time, I indicated that Plaintiff would like to amend his complaint to include an additional administrative due process complaint for which he seeks attorneys' fees as the prevailing party. The parties consent to each other's requests. As such the parties propose the following schedule:

Plaintiff will file his amended complaint no later than July 20, 2022.
Defendants will answer the amended complaint no later than October 17, 2022.

     Defendants requested, and Plaintiff consents, to an enlargement of time to answer the amended complaint to allow the parties time to explore the possibility of an early settlement. To that end, Plaintiff will provide Defendants his billing records for the two administrative cases and the instant federal action by the end of this month. Defendants will need time to review the records and seek Comptroller authority. The parties have successfully resolved via settlement numerous claims for attorneys' fees and costs under the IDEA, without the need for motion practice. We believe we can do so here as well.

1115 BROADWAY, 12TH FL.                                      42 WEST 24th STREET, 2ND FLOOR
NEW YORK, NY 10010                                                      NEW YORK, NY 10010
WWW.SPECIALEDLAWYER.COM

      For these reasons, the parties respectfully request an adjournment of the initial conference currently scheduled for September 8, 2022. ECF No. 9. The parties propose adjournment to a date after October 17, 2022, the date Defendants' answer to the amended complaint would be due under the parties' proposed schedule. Alternatively, the parties propose adjournment of the conference *sine die*, with a status report due October 1, 2022, reporting on the status of settlement.

      We thank the Court for its consideration of the parties' joint requests herein.

                                            Respectfully Submitted,
                                            THE LAW OFFICE OF ELISA HYMAN, P.C.

                                  By: _____
                                            Erin O'Connor, Esq., Of Counsel
                                            *Counsel for Plaintiff*

cc: Hannah Sarokin, Esq., *Counsel for Defendants*, via ECF

```
Application GRANTED.  Plaintiff shall file his amended
complaint on or before July 20, 2022.  Defendants shall answer
the amended complaint on or before October 17, 2022.  Further,
The initial pretrial conference scheduled for September 8,
2022, is hereby ADJOURNED sine die.  The parties are directed
to file a status report on or before October 1, 2022, regarding
the status of settlement discussions.  The Clerk of Court is
directed to terminate the pending motion at docket number 10.


Dated:    July 14, 2022            SO ORDERED.
          New York, New York
```

                                            HON. KATHERINE POLK FAILLA
                                            UNITED STATES DISTRICT JUDGE