UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

R.S.,

Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

Defendants.

22-CV-4958 (JGLC)

**<u>NOTICE OF
REASSIGNMENT</u>**

JESSICA G. L. CLARKE, United States District Judge:

This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment, **including the status letter to be filed by August 21, 2023,** except that any currently scheduled conference or oral argument before the Court is adjourned pending further order of the Court. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke.**

Dated: July 31, 2023
       New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge